IN THE __Federal__ COURT OF __Fulton__ COUNTY

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 4 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

STATE OF GEORGIA

__Randy L. Smith__ and,
__Jamar T. Person__
Plaintiffs

CIVIL ACTION

NO. 1:14-3979-LMM

v.

__Hottie Hawgs BBQ, LLC__

Defendant

## MOTION FOR VOLUNTARY DISMISSAL FOR PLAINTIFFS

Now comes __Randy L. Smith__ and __Jamar T. Person__, plaintiffs in the above-styled action, and moves the court as follows:

The dismissal of plaintiffs action will not prejudice the defendant in any way, plaintiffs moves that they be permitted voluntarily to dismiss this action without prejudice pursuant to O.C.G.A. §9-11-41(a).

Entered as dismissed pursuant to Rule 41(a)(l)(i)(ii), F.R.C.P.

James N. Hatten, Clerk

By: __R Bachelor__
Deputy Clerk

__Randy L Smith__ Plaintiff
7450 Old Beulah Rd. Address
Lithia Springs, GA 30122
(4) 553-1304 Telephone Number

__Mike__ Plaintiff
580 Rock Hill Dr. Address
College Park, Ga. 30349
678-949-8227 Telephone Number

IN THE **Federal** COURT OF **Fulton** COUNTY

STATE OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 04 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Jamar T. Person**
Petitioner

vs

**Hottie Hours LLC**
Respondent

Civil Action File No: 1:14 3979 LMM

## VERIFICATION

I, (your name) **Jamar T. Person**, personally appeared before the undersigned Notary Public, and say under oath that I am the (check one:) ☑ Petitioner ☐ Respondent in the above-styled action and that the facts stated in the (name of petition, motion, complaint) **Voluntary Dismissal** are true and correct.

This the **4th** day of **February**, 20**15**.
          [day]              [month]           [year]

_____
(Sign your name here in front of the Notary)

Name (print or type here): **Jamar T. Person**

Address: **580 Rock Hill Dr. College Park,**
**GA. 30349**

Telephone number: (**678**) **678-949-8726**

Sworn to and subscribed before me, this
____ day of _____, 20____.

_____
NOTARY PUBLIC
My Commission Expires: _____
(Notary Seal)

VENESULIA KING HURST
Notary Public, Fulton County, Georgia
My Commission Expires Oct. 10, 2017

IN THE __Federal__ COURT OF __Fulton__ COUNTY
STATE OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 04 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

__Randy L. Smith__
Petitioner

vs

__Hollie Haugs BBQ, LLC__
Respondent

Civil Action File No: 1:14-3979-LMM

## VERIFICATION

I, (your name) __Randy L Smith__, personally appeared before the undersigned Notary Public, and say under oath that I am the (check one:) ☑ Petitioner ☐ Respondent in the above-styled action and that the facts stated in the (name of petition, motion, complaint) __Voluntary Dismissal__ are true and correct.

This the __4__ day of __Feb__, 20 __15__.
[day] [month] [year]

__Randy L Smith__
(Sign your name here in front of the Notary)

Name (print or type here): __Randy L Smith__
Address: __7145 Old Beulah Rd__
__Lithia Spring GA 30122__
Telephone number: __(404) 553-1304__

Sworn to and subscribed before me, this
__9__ day of __Feb__, 20 __15__

__Venesulia King-Hurst__
NOTARY PUBLIC
My Commission Expires:
(Notary Seal)

VENESULIA KING HURST
Notary Public, Fulton County, Georgia
My Commission Expires Oct. 10, 2017